UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUONE MORRISON,

                Petitioner,

– against –

WILLIAM F. KEYSER,

                Respondent.

**ORDER**

20 Civ. 4398 (ER)

RAMOS, D.J.:

      On April 14, 2021, petitioner Morrison wrote to inform the Court that his related state action was still pending before the Appellate Division.  Doc. 19.  The Court then directed Morrison to inform the Court by November 3, 2021 of the status of the state court action and whether the stay in this case could be lifted.  Doc. 20.  The Court has not received a response to date.  Therefore, Morrison is again directed to submit a status report to the Court by January 15, 2022 regarding the status of the state court action and whether the stay in this case may be lifted.  The Clerk of Court is respectfully directed to mail a copy of this Order to the petitioner.

      SO ORDERED.

Dated:   December 15, 2021
            New York, New York

                                            Edgardo Ramos, U.S.D.J.