**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DUONE MORRISON,

                        Plaintiff,                    20 **CIVIL** 4398 (ER)

       -against-                                 **JUDGMENT**

WILLIAM F. KEYSER,

                       Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 6, 2022, Morrison's petition for habeas corpus is dismissed.

**DATED:**  New York, New York
            January 6, 2022

                                                            **RUBY J. KRAJICK**
                                                             _____
                                                              **Clerk of Court**
                                 **BY:**     *K. Mango*
                                                               _____
                                                              **Deputy Clerk**